# EXHIBIT 1

ISAAC JACOBS INTERNATIONAL, LLC.

230 5TH AVE, STE 704
NEW YORK, NY 10001
T: 212.686.7766
F: 718.679.9721

# Invoice

| Date | Invoice # |
|---|---|
| 3/1/2017 | 6820 |

PAID 05/04/2017

| Bill To | Ship To |
|---|---|
| MARMAXX<br>P.O. BOX 9126<br>FRAMINGHAM, MA 01701 | MARSHALLS PHOENIX #881<br>3000 S. 55TH AVENUE<br>PHOENIX, AZ 85043 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 01 523582 | Net 60 | ID2 | 3/1/2017 | POE | CALIFORNIA | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| Redacted | | | | |
| 132 | PLT-2GR | GREEN ACCENT CERAMIC POT | 1.80 | 237.60 |
| 132 | PLT-2GD | GOLD ACCENT CERAMIC POT | 1.80 | 237.60 |
| 132 | PLT-2PK | PINK ACCENT CERAMIC POT | 1.80 | 237.60 |

DEPT 84

**Total** Redacted

THIS ORDER IS SUBJECT TO THE ATTACHED TERMS AND CONDITIONS AND IMPORTANT VENDOR INSTRUCTIONS.



IMPORTANT: DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED

**Marshalls** An Affiliate of The TJX Companies, Inc

| DEPT # | DOMESTIC PO # | REFERENCE # | CIR # | VENDOR # | VENDOR NAME | FOB POINT |
|---|---|---|---|---|---|---|
| 84 | 523582 | W706741512 | | Redacted | ISAAC JACOBS INTL LLC | CITY: Long Beach STATE: CA |

| MASTER LABEL: | BUYER: | VENDOR FAX: | VENDOR CONTACT: | MADE IN USA: | DDP/POE: |
|---|---|---|---|---|---|
| | MEGAN HERRING | 9999999999 | | | Y |

| ORDER DATE | START SHIP DATE | CANCELLED IF NOT RECEIVED BY DATE | |
|---|---|---|---|
| 1/4/2017 | 1/29/2017 | CONSOLIDATOR: 2/5/2017 | |

**TJX CERTIFICATE OF COMPLIANCE**

Certification / Testing Required: NO

Due Date:

**THIS ORDER IS SUBJECT TO PRE-PRODUCTION/PRODUCTION SAMPLE(S) APPROVAL**

Inspection Required by (Date):

Inspection Required by:

PRE-PRODUCTION SAMPLES(S) TO BE RECEIVED BY:

PRODUCTION SAMPLE(S)TO BE RECEIVED BY:

**PAYMENT TERMS**

| DISC: | DAYS:60 | FROM:G | DUE: |
|---|---|---|---|

**STORE READY:** N **VENDOR PACK:**Y

IF IRREGULAR NO HOLES, TEARS, STAINS, OR BROKEN ZIPPERS

| PRETICKET: | VENDOR NEEDS TICKETS BY: | VENDOR MAKES TICKETS: |
|---|---|---|
| N | | N |

**SPECIAL VENDOR INSTRUCTIONS**

**VENDOR EMAIL**

jack@isaacjacobs.com, lauren@isaacjacobs.com

**PRETICKET ADDRESS**

| NAME: | | USA PHONE: |
|---|---|---|
| SHIP TO: | | INTL PHONE: |
| CITY: | STATE: | EMAIL: |
| COUNTRY: | ZIP: | CONTACT: |

**PRETICKET INSTRUCTIONS**

**TOTAL PO UNITS** 10590

**BUYER:** **DATE:**

**MERCHANDISE MANAGER:** **DATE:**

**VENDOR COPY**



An affiliate of The TJX Companies Inc.

THIS ORDER IS SUBJECT TO THE ATTACHED TERMS AND CONDITIONS AND IMPORTANT VENDOR INSTRUCTIONS
IMPORTANT: DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.



| DEPT: 84 | DOMESTIC PO NO: 523582 | REFERENCE NO: W706741512 | CIR#: | VENDOR NO: Redacted | VENDOR NAME: ISAAC JACOBS INTL LLC |
|---|---|---|---|---|---|

| PG/LN | CATG | MERCH TYPE | UNIT COST | VENDOR STYLE | COLOR | NRF CODE | DETAILED DESCRIPTION | UNITS | PACK QTY SR | PACK QTY VP | NST CODE | MST CTN QTY | SETS | BOX | STUFF ART | TKT TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | | | | | | | |
| 1/9 | 5355 | 2 | 1.80 | PLT-2GR | | | 4.5x3.5 green dipped pot | 804 | | 12 | | | | N | N | 8 |
| SIZE RATIO: | | | | CONTENT: | | | TKT MSG 1: | | TKT MSG 2: | | | | | | | |
| HANG TAGS: | | | | LABELS: | | | LABEL CODE: | | COC DUE DATE: | | | | | | | |
| 1/10 | 5355 | 2 | 1.80 | PLT-2GD | | | 4.5x3.5 gold dipped pot | 804 | | 12 | | | | N | N | 8 |
| SIZE RATIO: | | | | CONTENT: | | | TKT MSG 1: | | TKT MSG 2: | | | | | | | |
| HANG TAGS: | | | | LABELS: | | | LABEL CODE: | | COC DUE DATE: | | | | | | | |
| 1/11 | 5355 | 2 | 1.80 | PLT-2PK | | | 4.5x3.5 pinl dipped pot | 804 | | 12 | | | | N | N | 8 |
| SIZE RATIO: | | | | CONTENT: | | | TKT MSG 1: | | TKT MSG 2: | | | | | | | |
| HANG TAGS: | | | | LABELS: | | | LABEL CODE: | | COC DUE DATE: | | | | | | | |




An affiliate of The TJX Companies Inc.



THIS ORDER IS SUBJECT TO THE ATTACHED TERMS AND CONDITIONS AND IMPORTANT VENDOR INSTRUCTIONS
IMPORTANT: DO NOT SHIP OR INVOICE WITHOUT ROUTING AND DISTRIBUTION INSTRUCTIONS. PLEASE CALL BUYER IF INSTRUCTIONS ARE NOT RECEIVED WITHIN 5 DAYS. NO PARTIAL SHIPMENTS WILL BE ACCEPTED.

| DEPT: 84 | DOMESTIC PO NO: 523582 | REFERENCE NO: W706741512 | CIR#: | VENDOR NO: Redacted | VENDOR NAME: ISAAC JACOBS INTL LLC |
|---|---|---|---|---|---|

| PAGE/LINE | VENDOR STYLE | COLOR | DETAILED DESCRIPTION | Size Ratio | TOTAL UNITS | NEST CODE | PACK UNITS | | # NEST PACKS | # PACKS PER MST CTN | MST CTN UNITS | # MST CTNS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | | | |
| 1/9 | PLT-2GR | | 4.5x3.5 green dipped pot | | 804 | | 12 | | | 67 | | |
| 1/10 | PLT-2GD | | 4.5x3.5 gold dipped pot | | 804 | | 12 | | | 67 | | |
| 1/11 | PLT-2PK | | 4.5x3.5 pinl dipped pot | | 804 | | 12 | | | 67 | | |